UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TORITSESAN ONOSODE § | |
| § | |
| v. § | CIVIL CASE NO. 4:20-CV-951 |
| § | |
| EQUIFAX INFORMATION § | |
| SERVICES, LLC, ET AL. § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 29, 2023, the Report of the Magistrate Judge, (Dkt. #53), was entered containing proposed findings of fact and recommendation that Defendant RS Clark and Associates, Inc.'s Motion for Summary Judgment, (Dkt. #30), be granted and Plaintiff Toritsesan Onosode's Motion for Summary Judgment, (Dkt. #33), be denied. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that RS Clark and Associates, Inc.'s Motion for Summary Judgment, (Dkt. #30), is **GRANTED**. Plaintiff Toritsesan Onosode's Motion for Summary Judgment, (Dkt. #33), is **DENIED**, and Plaintiff's remaining claims in this cause are **DISMISSED**.

So ORDERED and SIGNED this 22nd day of April, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE